STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 18-371 consolidated with CA 18-370, CA 18-372

PATRICK RICHARD, ET AL.

VERSUS

CITGO PETROLEUM CORPORATION, ET AL.

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2007-3392 c/w 2007-2879 and 2007-3052
HONORABLE RONALD F. WARE, DISTRICT JUDGE

**********

CANDYCE G. PERRET
JUDGE

**********

Court composed of John D. Saunders, Billy Howard Ezell, and Candyce G. Perret, Judges.

AFFIRMED.

**Robert E. Landry**
**Kevin P. Fontenot**
**Scofield, Gerard, Pohorelsky, Gallaugher & Landry**
**901 Lakeshore Drive, #900**
**Lake Charles, LA 70601**
**(337) 433-9436**
**COUNSEL FOR DEFENDANT-APPELLANT:**
**CITGO Petroleum Corporation**

**Craig Isenberg**
**Kyle W. Siegel**
**Joshua O. Cox**
**Barrasso Usdin Kupperman Freeman & Sarver, LLC**
**909 Poydras, Ste 2400**
**New Orleans, LA 70112**
**(504) 589-9700**
**COUNSEL FOR DEFENDANT-APPELLANT:**
**CITGO Petroleum Corporation**

**Marshall Joseph Simien, Jr.**
**Simien Law Firm**
**One Lakeshore Drive, Suite 1110**
**Lake Charles, LA 70629**
**(337) 497-0022**
**COUNSEL FOR DEFENDANT-APPELLANT:**
**CITGO Petroleum Corporation**

**Wells Talbot Watson**
**Jake D. Buford**
**Bagget, McCall , Burgess, Watson & Gaughan**
**3006 Country Club Road**
**Lake Charles, LA 70605**
**(337) 478-8888**
**COUNSEL FOR PLAINTIFF-APPELLEE:**
**Rickey Haley**
**Gardenia Amos**
**Sara Stevens**
**Bill Peltier**
**Linda Harris**

**Richard Elliott Wilson**
**Somer G. Brown**
**Cox, Cox, Filo, Camel & Wilson, LLC**
**723 Broad Street**
**Lake Charles, LA 70601**
**(337) 436-6611**
**COUNSEL FOR PLAINTIFF-APPELLEE:**
**Sara Stevens**
**Gardenia Amos**

**Linda Harris**
**Rickey Haley**

**Kirk Albert Patrick, III**
**Heath Savant**
**Donahue, Patrick & Scott**
**450 Laurel St., Suite 1600**
**Baton Rouge, LA 70801**
**(225) 214-1908**
**COUNSEL FOR DEFENDANT:**
**R & R Construction, Inc.**

**PERRET, Judge.**

For the reasons set forth in the companion and consolidated case hereto, *Arceneaux v. Citgo Petroleum Corp.*, 18-370 (La.App. 3 Cir. __/__/__), __ So.3d __, the judgment of the trial court in favor of Plaintiffs-Appellees and against Appellant, CITGO Petroleum Corporation, is affirmed. All costs of this appeal are assessed against Appellant, CITGO Petroleum Corporation.

**AFFIRMED.**